UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JTWAN BUTLER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-1026-ILRL-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

**REPORT AND RECOMMENDATION**

The plaintiff, Jtwan Butler ("Butler"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration denying his claim for benefits. He requests that the decision be reversed. In the alternative, he requests a remand. Rec. doc. 1.

On December 2, 2013, the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), filed a consent motion to reverse and remand. Rec. doc. 16. The Commissioner requests that the Court remand the case, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the purpose of conducting further proceedings. The Commissioner reports that the overall record supports a finding that Butler met Listing 112.05(D).

The Commissioner reports that Butler does not oppose the motion.

**RECOMMENDATION**

IT IS RECOMMENDED that: (1) the Commissioner's motion to reverse and remand (Rec. doc. 16) be GRANTED; (2) the action be reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the purpose of conducting further proceedings; and (3) issue a new decision.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Servs. Auto. Ass'n</u>, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5th day of December, 2013.

                                      **SALLY SHUSHAN**
                                  **United States Magistrate Judge**