UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JTWAN BUTLER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-1026** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"(1)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that: (1) the consent motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), to reverse and remand (Rec. doc. 16) is GRANTED; (2) the action is reversed and remanded to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative action consistent with the motion to remand; and (3) issue a new decision.

New Orleans, Louisiana, this 8th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE